UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
RITA M. OTERI and A.O., an infant over the age of 14, by
her mother and natural guardian RITA M. OTERI,

                              Plaintiffs,                              **ORDER**

      – against –                                                No. 23-CV-8805 (CS)

VILLAGE OF PELHAM, LUIS MAGNOTTA, ANJOLIE
ALEXANDER, RICHARD PAPA, and JOHN and JANE
DOES 1-10,

                              Defendants.
-------------------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record today, the Court grants Mr. Kouroupas's unopposed application to be relieved as counsel for Plaintiffs.

      A status conference is scheduled for **January 9, 2025 at 4:00 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621. If Plaintiffs retain new counsel, counsel shall appear at the conference. Otherwise, Plaintiffs shall appear in person. If, however, one or both Plaintiffs do not wish to proceed with this lawsuit, they should so notify the Court by January 6, 2025, and the Court will cancel the conference and dismiss the case without prejudice. If Plaintiffs do not advise the Court that they wish to discontinue the case, but fail to appear at the status conference either through counsel or in person, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) or for failure to comply with a court order under Federal Rule of Civil Procedure 16.

The Clerk of Court is respectfully directed to terminate Mr. Kouroupas as counsel for Plaintiffs and to send a copy of this Order to Rita M. Oteri, and separately to A. Oteri, at 101 5th Avenue, Apt. 4, Pelham, New York 10803.

**SO ORDERED.**

Dated: December 10, 2024
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.