UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
RITA M. OTERI and A.O., an infant over the age of 14, by
her mother and natural guardian RITA M. OTERI,

                        Plaintiffs,                        **ORDER**

    – against –                                No. 23-CV-8805 (CS)

VILLAGE OF PELHAM, LUIS MAGNOTTA, ANJOLIE
ALEXANDER, RICHARD PAPA, and JOHN and JANE
DOES 1-10,

                        Defendants.
-------------------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record today, this case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b).  The Clerk of Court is respectfully directed to close the case and to send a copy of this Order to Rita M. Oteri, and separately to A. Oteri, at 101 5th Avenue, Apt. 4, Pelham, New York 10803.

**SO ORDERED.**

Dated: January 10, 2025
       White Plains, New York

                                                    _____
                                                        CATHY SEIBEL, U.S.D.J.